AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jeff A Bramlett<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **26mj69**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 31, 2025__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 USC Section 5861(c) | Receive or possess a firearm made in violation of the provisions of this chapter |
| 26 USC Section 5861(f) | Make a firearm in violation of the provisions of this chapter |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Henry, Special Agent, FBI
_____
Printed name and title

Sworn to before me by telephone or other reliable electronic means.

Date: __01/08/2026__

_____
Judge's signature

City and state:  __Albuquerque, New Mexico__    Laura Fashing, United States Magistrate Judge
_____
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ARREST OF:
JEFF A BRAMLETT DOB 03/05/1979

Case No. _____

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Henry, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND OF THE AFFIANT

1. I make this affidavit in support of a criminal complaint and arrest warrant for Bramlett, Jeff A DOB 03/05/1979 (hereafter BRAMLETT), for a violation of 26 U.S.C. Section 5861(c) and (f) (receive or possess a firearm made in violation of the provisions of this chapter; or to make a firearm in violation of the provisions of this chapter).

2. I am a Special Agent with the FBI and have been since September 2011. I am a Special Agent Bomb Technician with training and experience in national security, public safety, transnational organized crime and violent gang matters. I became a certified public safety bomb technician in November 2025, am the Weapons of Mass Destruction (WMD) Coordinator for FBI Albuquerque, and have a Master's of Science in Physics from the University of Wisconsin-Madison.

3. I have been involved in an investigation regarding the possession and manufacture of improvised explosive devices or destructive devices, specifically improvised grenades, by BRAMLETT. Since the investigation's inception, I, as well as other Special Agents and law enforcement officials from other agencies have obtained information regarding the

possession and manufacture of improvised explosive devices by BRAMLETT.

4. I make this affidavit based upon my own personal knowledge, which is substantially derived from my participation in the investigation, as well as that of fellow agents and officers who have participated in the investigation. In addition, I have developed information I believe to be reliable from additional sources including:

    a. Information provided by local law enforcement, including oral and written reports I have received directly or indirectly from said investigators;

    b. Information relayed by local law enforcement from the City of Albuquerque civil offices, such as Code Enforcement.

    c. A review of driver's license and automobile registration records;

    d. Records from commercial databases; and

    e. Records from the National Crime Information Center ("NCIC").

5. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## FEDERAL CHARGES RELEVANT TO THIS INVESTIGATION

6. I believe there is probable cause that BRAMLETT committed, is committing, and will continue to commit offenses involving violations of Title 26, United States Code, Sections 5861(c) and (f) (receive or possess a firearm made in violation of the provisions of this chapter; or to make a firearm in violation of the provisions of this chapter).

    a. Title 26 USC Section 5845(f)(3) defines a "destructive device" as (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellent charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device;

2

(2) any type of weapon by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, the barrel or barrels of which have a bore of more than one-half inch in diameter, except a shotgun or shotgun shell which the Secretary finds is generally recognized as particularly suitable for sporting purposes; and (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled. The term "destructive device" shall not include any device which is neither designed nor redesigned for use as a weapon; any device, although originally designed for use as a weapon, which is redesigned for use as a signaling, pyrotechnic, line throwing, safety, or similar device; surplus ordnance sold, loaned, or given by the Secretary of the Army pursuant to the provisions of section 7684(2), 7685, or 7686 of title 10, United States Code; or any other device which the Secretary finds is not likely to be used as a weapon, or is an antique or is a rifle which the owner intends to use solely for sporting purposes.

b. Pursuant to Title 26 USC Section 5845(a)(8), a destructive device is a firearm. Title 26 Section 5861(c) prohibits the receiving or possessing of a firearm made in the violation of the National Firearms Act. Title 26, Section 5861(f) prohibits the making of a firearm in violation of the National Firearms Act.

c. I do not believe the destructive devices (firearms) described herein are registered pursuant to 26 USC Section 5841.

## PROBABLE CAUSE

7. On December 31, 2025, I and other FBI Albuquerque Special Agent Bomb Technicians responded to 9009 Rio Galisteo Place NW, Albuquerque, NM in reference to possible hand grenades located by the Albuquerque Police Department at that residence. That day the Subject had requested paramedic rescue due to his intoxication and a neighbor called emergency services. In the front living room of the residence SABTs located two hand grenades;

3

the first (Grenade 1) appeared to be a pineapple shaped MK 2[1] fragmentation grenade which was on the floor at the foot of the sofa. The second item (Grenade 2) had a smooth body which appeared similar to the military M26[2] fragmentation grenade and was located on an armchair in the living room. Both grenades were fitted with blue military training fuze assemblies marked M228, complete, in that the spoon, cocked striker and cotter pin retainer were in place. Both fuzing assemblies lacked additional safety clips. Both grenades showed signs of having ½" holes at the bottom of the body filled, welded, ground and painted. This modification indicated the grenades were novelty grenade bodies which were modified to become functional containers for explosives. The grenades were secured and transported to APD's facilities at that time.

8. On January 7, 2026 I, other FBI SABTs, and the APD Bomb Squad performed disassembly and field analysis of the two grenades in Albuquerque, NM. Grenade 1 was full of granulated black powder which showed a positive reaction to a flame test; i.e. the powder was energetic material. The M228 fuzing system appeared to be in functional condition. Grenade 2 was empty of any fill. The M228 fuzing system also appeared to be in functional condition. All parts of the grenades were retained and secured.

9. December 31, 2025 is not the first time FBI Albuquerque SABTs responded to 9009 Rio Galisteo Pl NW. On November 21, 2025, I, other SABTs, and the APD Bomb Squad

---

[1] Mk 2 grenade (initially known as the Mk II) is a fragmentation-type anti-personnel hand grenade introduced by the United States Armed Forces in 1918

[2] The M26 (designated during development as the T38) is a fragmentation hand grenade developed by the United States Armed Forces. An M26 fitted with an additional safety clip is designated the M61 grenade.

4

were called to the residence for reports of explosive hazards discovered during code enforcement work. The FBI and APD secured and later destroyed at least 7 pounds of black powder and/or smokeless powder from the residence. On that scene the FBI and APD secured smaller amounts of aluminum powder (used as a fuel in fuel-oxidizer explosive mixtures) and potassium permanganate (used as an oxidizer in fuel-oxidizer explosive mixtures). Of note, the FBI and APD attempted to access a wall-locker sized safe in the garage, or otherwise ascertain its contents, without success.

10. Furthermore, on May 10, 2023, APD was dispatched to 9009 Rio Galisteo reference an anonymous caller reporting 6-7 gunshots heard inside the residence. From APD Report 230037211: "The caller said that the shots came from 9009 Galisteo Pl Nw. The resident that resides there is a Jeff Bramett. We have extensive history at the location with callers reported [sic] Jeff shooting guns in his house and even blowing things up in the street. On a previous call it was reported that Jeff placed bottles of an unknown substance in the street and blew them up. His neighbors reported feeling a sort of impact from the blast. Today it was only shots fired reported. Officers were able to contact Jeff through his front door. Jeff advised that everything was ok and that he did not need medical attention. The caller stated that Jeff is a

5

chemist and is going through a divorce and has been acting mentally unstable. He self medicates with alcohol and meth."

11. The destructive devices described herein are improvised explosive devices (IED) containing an outer container, a fuzing system, and energetic material.

12. A fuzing system initiates a device. In the matter at hand, the fuzing system appears to be a military M228[3] training fuze assembly.

13. Containment is non-energetic material shaped to hold the energetic material and contain the pressure and heat generated by the energetic material, increasing the explosive potential of the system.

14. Energetic materials are comprised of explosives, pyrotechnics or propellants.

15. I believe Grenade 1 would have functioned as an explosive device as it was found in BRAMLETT's residence. Both physical inspection of the M228 fuze and x-rays indicate the fuzing assembly is functional. I believe the black powder contained in the M228 would have ignited the presumed smokeless powder in the body of the grenade (which reacted by spontaneously combusting during our flame test on January 7, 2026), the resulting explosive reaction would have built pressure in the modified grenade body, and an explosion would occur.

---

[3] The M228 is the training version of the M213 hand grenade fuzing assembly. Pulling the pin on the M228 releases the spoon and the hammer, which hits the primer at the top of the fuze body initiating the delay firing train. The M228 contains the same primer and delay element as the M213 but lacks the same explosive C70 charge of lead styphnate, lead azide and RDX high explosive. Instead, the M228 replaces C70 with black powder.

6



***A***: X-Ray of Grenade 1 (RIGHT) and Grenade 2 (LEFT)



***B***: Fuze assembly of Grenade 1 with powder granules



**C**: *Grenade 1 Body*



**D**: *Grenade 1 Fuze Assembly*

8



*E: Grenade 2 Body*



***F***: *Grenade 2 Fuze Assembly*

## CONCLUSION

16.     I believe there is probable cause to believe BRAMLETT committed a violation of 26 U.S.C. Section 5861(c) and (f) (receive or possess a firearm made in violation of the provisions of this chapter; or to make a firearm in violation of the provisions of this chapter) in the District of New Mexico.

17.     This affidavit has been reviewed by Assistant United States Attorney Sean J. Sullivan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joshua Henry
Special Agent
FBI

Subscribed electronically and sworn telephonically
to me this __8th__ day of January 2026:

UNITED STATES MAGISTRATE JUDGE

10